Request for judicial notice and review by
# United States District Court
FOR THE
NOTHERN DISTRICT OF CALFIORNIA - in Equity
Venue: Oakland
Regarding: No. CR11-00904
(Case4:11-cr-00904-PJH)



FILED
MAR - 3 2015
RICHARD W. WIEKING

Chief District Judge Phyllis J. Hamilton; for the People of God and in His Holy Name  I, Kanya Tennysha Hill, in my proper person accept your oath, bind you to it, and remind you of your fiduciary and supervisory duties. Please take judicial notice of the adjudicative facts in the forgoing proceeding, and Notice issued to the court appointed attorney's/Firm in this matter included for review.

In your supervisory capacity, if the facts warrant and please order a judicial review for unconstitutional acts by those bound by Oath as officers of the court to insure equal protection under the Law, and render a complete remedy in equity for the victims of this simulated legal process, that uses color of law in violation of constitution and treaty.

**Take judicial notice** of the Articles of Confederation ARTICLE I. The Stile of this confederacy shall be "**The United States of America**."

Take judicial notice that the plaintiff in this cause: UNITED STATES OF AMERICA, is not the Government of the United States, it has no legal capacity to sue and its claim asserted is unenforceable under the provisions of the Statute of Frauds.

Take judicial notice that the *United States District Court* is being used as part of the Name of two entities: "**FOR THE**" NOTHERN DISTRICT OF CALFIORNIA and "NOTHERN DISTRICT OF CALFIORNIA" (minus "FOR THE"), to conceal plaintiff intent.

Take judicial notice there is only one stile of action a "Civil Action" yet this proceeding alleges to be a "criminal action" in a court not of record.
Take judicial notice that Counsel required to be authorized to practice law are not acting in their official capacity as officers of the court. They are not using the Name found on the Roll or Attorneys (by whatever name) kept by the states Supreme Court and the Firm appointed by the court, as defense council is not registered to practice law in accordance with established Rules.

Take judicial notice that the Attorneys claiming to represent the government are not acting in their official capacity for they are not using the Name that they have registered with the states Supreme Court.

Take judicial notice these activities are in violation of the states Supreme Court Rules resulting in contempt of the states Supreme Court by officers of said court, which could be

construed as warring with the constitution.

Chief District Judge Phyllis J. Hamilton; with one voice the People of God have spoken, to enlighten your conscience, and bring to the light of day the evil deeds of the false accuser. The Father waits for your testimony.

Under penalties of perjury, I declare that I have read the foregoing Notice and demand that the facts stated in it are true, to the best of my knowledge and belief.

Executed     9-16-2015                    .

_____(seal)

Kanya Tennysha Hill, People of God

324 S Wilmington Street #219

Raleigh, NC 27601

757-706-6186

I accept service of process by email at kanyahill@gmail.com