3-18-2015

**FILED**
MAR 18 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Regarding: No. CR11-00904
(Case. 4:11-cr-00904-PJH)

Chief District Judge Phyllis J. Hamilton;

i would like to request my surrender date of March 20, 2015 to be moved to November 6, 2015. i am 17 weeks pregnant with a delivery date of August 26, 2015, and would like to deliver out of custody. i am making this request pro se, and am no longer represented by counsel.

Kanya Tennyeka Hill
324 S. Wilmington Street #219
Raleigh, NC 27601

757-706-6186
i accept service of process by email at
Kanyahill@gmail.com

**Kanya Hill**
1/15/2015 1:00 PM   Procedure visit
MRN: D1658098

Department: Duke Womens Health Associates at Patterson Place
Dept Phone: 919-687-4688

Description: Female DOB: 5/10/1977
Provider: CONNIE H OSTROWSKI, NP

## Appointment Instructions
To schedule an appointment, please call 919-684-2471.

To contact the clinic directly, use the number in the Dept Phone field above.

## Reason for Visit
**Possible Pregnancy**
Reason for Visit History

## Diagnoses this Visit
**Other specified antenatal screening(V28.89)**

## Your Vitals Were - Last Recorded

| BP | Pulse | Ht | Wt | BMI | LMP |
|---|---|---|---|---|---|
| 120/77 | 99 | 167.6 cm (5' 6") | 73.029 kg (161 lb) | 26 kg/m2 | 11/19/2014 |

## Pain Information (Last Filed)

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0-No pain | | | |

## Allergies as of 1/15/2015
Not on File

## Medications and Orders
### Medication List Instructions
Carry your drug list with you at all times, especially when you visit your doctor or pharmacy. Be sure to keep the list up-to-date. Talk with your doctor before restarting any drugs not listed here.

### Your Current Medications Are
**PNV WITH CA,NO.71/IRON/FA (PRENATAL VITAMIN 1+1 ORAL)**   Take by mouth.

### Orders placed at this visit
**US OB less than 12 weeks single gestation**

### Immunizations Administered on Date of Encounter - 1/15/2015
None

## To-Do List
### Follow-Up
**Return in about 4 weeks (around 2/12/2015) for New ob provider visit.**

[handwritten: 8/26/15]

[handwritten: First trimester screening + genetic counselor]

### Sign Up for a Duke MyChart Account
Duke MyChart is our online service that allows you to request an appointment, renew prescriptions, see test results, and more. To sign up, log on to www.DukeMyChart.org and click on the **Sign Up Now** link. You will be prompted to enter in some personal information, as well as your Duke MyChart Access Code exactly as it appears below. If you do not sign up within 60 days, you must request a new code. To sign up, you will also need your Duke Medical Record number, so ask your provider for this number, and record it here for your

Hill, Kanya (MRN D1658098) DOB: 05/10/1977   Printed by Connie H Ostrowski, NP at 1/15/15  1:33 PM

Page 1 of 6