UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>KANYA TENNYSHA COLEMAN,<br>  Defendant. | Case No. 11-cr-00904-PJH-1<br><br>**ORDER DENYING REQUEST TO CONTINUE SELF-SURRENDER DATE** |

Before the court is a pro se request by defendant Kanya Tennysha Coleman, signed as Kanya Tennysha Hill, to continue her March 20, 2015 self-surrender date to November 6, 2015, on the grounds that defendant is pregnant with a due date of August 26, 2015 and that she would like to deliver out of custody. The court notes that the government has twice before stipulated to extensions of defendant's self-surrender date, which the court has granted. Doc. nos. 180, 185. The present motion does not present good cause to extend the self-surrender date even further. The request to continue the self-surrender date is therefore DENIED.

Defendant also states that she is "no longer represented by counsel." However, defense counsel was appointed by the court and can be removed from representation only by order of the court.

**IT IS SO ORDERED.**

Dated: March 19, 2015

PHYLLIS J. HAMILTON
United States District Judge