

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## Case No. 11-cr-00904-PJH-1
## Statement
### To be filed with sentencing court

I, Kanya Tennysha Hill, wish to file this Statement with the sentencing court in compliance with the Order of United States District Judge PHYLISS J. HAMILTON dated March 16th 2015 incorporated as Document187 of Case4:11-cr-00904-PJH, recharacterizing the therein described letter for judicial review as a motion under 28 USC 2255 on the grounds that sentence was imposed in violation of the Constitution or Laws of the United States.

Said motion is not barred by a prior Plea Agreement in this matter due to ineffective assistance of defense counsel, and threat, coercion and duress by supposed executive branch civil officers.

Court appointed defense counsel failed to appear in the Official Capacity of an attorney and counselor at law authorized to offer legal advice and practice law in the State of California.

Representatives of the court appointed defense counsel used unregistered assumed names instead of their proper person name; in violation of 18 USC 1342, State Bar of California rules of Professional Conduct, and their Oath of Office as civil officers.

It is my belief that effective defense counsel would have questioned the existence of the sworn criminal complaint as required by the Federal Rules of Criminal Procedure, documents submitted into 2 different courts, the lack of court seals, proceeding as a nonexistent "criminal action" with fictional PLAINTIFF and DEFENDANT.

Under penalties of perjury, I declare that I have read the foregoing Notice and demand that the facts stated in it are true, to the best of my knowledge and belief.
Executed _____3-17-2015_____.

_____(seal)
Kanya Tennysha Hill, People of God
324 S Wilmington Street #219
Raleigh, NC 27601
757-706-6186
I accept service of process by email at kanyahill@gmail.com