# FILED 

MAR 18 2015

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Notice of Mistake/Vacate Plea Deal

Regarding: case # 4:11-CR-00904-pjh

I; a woman; Kanya; require the court to take notice and to be made aware; I erred into this case; i am not the defendant; i wish immediately removal of said case and plea deal order; for my person property and i; from this day after he who comes and says said case and plea deal order are to remain to my person and i will be cause of trespass and will be held liable.

At one time, i; believed was a benefit to i; a woman; Kanya to accept an order [a] 'Prison System' [see exhibit a]; i now realize that is wrong and causes i; a woman harm; a mistake is not consent; i revoke consent; rescind agreement; any [wo] man who believes i; a woman; Kanya is bound by said order bring forth verifiable claim or forever hold their peace:



As such, i am returning your; OFFER, DECLINED, for immediate DISCHARGE and CLOSURE.

i will presume silence to mean acquiescence in all these matters.

Sincerely and without ill will, vexation or frivolity,

i say here and will verify in open court that all herein be true;

i; require all court officials to act accordingly;

*Kanya Hill*

Kanya — I am woman